**Order entered June 10, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01091-CR

**TASHA LEANA LOMOGLIO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-82533-2016**

## ORDER

We **REINSTATE** this appeal.

On May 16, 2019, we abated the appeal for a hearing to determine why appellant, who was convicted of continuous sexual abuse of a child under the age of 14, had not filed a brief. On June 6, 2019, prior to a hearing being held, appellant tendered her brief, along with a motion for extension of time to file the brief.

In the interest of expediting this appeal and because the trial court has not yet held a hearing, we **VACATE** our May 16, 2019 order to the extent it ordered a hearing and required findings.

Although appellant uses initials to identify the child victim, she uses the child's name when quoting portions of the record. This Court does not allow a party to file a brief that

discloses the names of child victims, child witnesses, or any other children discussed or identified at trial. *See* TEX. R. APP. P. 9.10(b) ("Unless a court orders otherwise, an electronic or paper filing with the court, including the contents of any appendices, must not contain sensitive data."), *id.* 9.10(a)(3) ("*Sensitive Data Defined.* Sensitive data consists of . . . a birth date, a home address, and the name of any person who was a minor at the time the offense was committed."). Accordingly, we **STRIKE** appellant's June 6, 2019 brief.

We **ORDER** appellant to file, within **TEN DAYS** of the date of this order, an amended brief that identifies the child victim and any other child (including witnesses) either generically (for example, "victim" or "victim's younger sister") or by initials only, including when quoting relevant portions of the record. We will defer ruling on appellant's motion for an extension of time until the amended brief complying with this order is received.

We **DIRECT** the Clerk to send copies of this order to the Honorable Benjamin Smith, Presiding Judge, 380th Judicial District Court; Stephanie Hudson; and to the Collin County District Attorney.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE